J-A06012-21

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MICHAEL CHITTESTER | : | |
| | : | |
| Appellant | : | No. 256 WDA 2020 |

Appeal from the Judgment of Sentence Entered December 12, 2019
In the Court of Common Pleas of Elk County Criminal Division at No(s):
CP-24-CR-0000053-2019

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MICHAEL ALLEN CHITTESTER | : | |
| | : | |
| Appellant | : | No. 257 WDA 2020 |

Appeal from the Judgment of Sentence Entered December 12, 2019
In the Court of Common Pleas of Elk County Criminal Division at No(s):
CP-24-CR-0000449-2018

BEFORE:  BENDER, P.J.E., LAZARUS, J., and McCAFFERY, J.

CONCURRING STATEMENT BY McCAFFERY, J.:　　　　**FILED: MAY 20, 2021**

Although I agree we are bound by the decisions in **Reslink** and **Snyder**

to conclude Appellant has waived his constitutional claims, I would urge the

Pennsylvania Supreme Court to consider whether constitutional challenges to

a sentence are subject to waiver.

President Judge Emeritus Bender joins this concurring statement.

Judge Lazarus joins this concurring statement.